IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMIR HAKIM MCCAIN a/k/a JOHN MCCAIN,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **JOHN E. WETZEL,** *et al.*, : <br> : <br> **Defendant.** : | Civil No. 3:14-cv-2141 <br><br><br><br> **Judge Sylvia H. Rambo** <br><br> **Magistrate Judge Schwab** |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation (Doc. 36) will be adopted.

2) The amended complaint is dismissed with prejudice for failure to state a claim.

3) The late filed motions for certification and to compel are deemed as moot or alternatively denied.

4) Any appeal taken from this order is deemed as frivolous and not in good faith.

5) The clerk of court shall close this case.

                                                            s/Sylvia H. Rambo
                                                          SYLVIA H. RAMBO
                                                          United States District Judge

Dated: May 11, 2017